IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


LaMIQUEL COURTNEY TRAYLOR, )
                                                     )
        Plaintiff,                            )
                                                     )        CIVIL ACTION NO.
        v.                                       )          2:16cv573-MHT
                                                     )                (WO)
PATRICIA HOOD and KENDRICK )
BOYD,                                         )
                                                     )
        Defendants.                        )


OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state
prisoner, filed this excessive force lawsuit
complaining that he was maced, slammed on the ground,
stomped and kicked by a correctional officer and that
the warden of the prison was deliberately indifferent
to the assault.  This lawsuit is now before the court
on the recommendation of the United States Magistrate
Judge that plaintiff's case be dismissed.  There are no
objections to the recommendation.  After an independent
and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 9th day of December, 2016.

                      __/s/ Myron H. Thompson__
                      **UNITED STATES DISTRICT JUDGE**